No. A-CV-06-82

# COURT OF APPEALS OF THE NAVAJO NATION

September 2, 1982

Doris CLEVELAND, et al.,
Billy YAZZIE and Mary UPSHAW, Appellants.

vs.

THE NAVAJO NATION, Appellee.

ORDER DISMISSING APPEAL

Benjamin Curley, Esq., Office of the Prosecutor, Window Rock, Navajo Nation (Arizona) for appellee and Nona Lou Smith, Esq., Navajo Legal Aid & Defender Services, Window Rock, Navajo Nation (Arizona) for appellants.

The appellants, having failed to comply with Paragraph 3 of the order of this court dated August 20, 1982, this appeal is hereby DISMISSED for a lack of probable cause for appeal.